LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
ORAM TANKER LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORAM TANKER LTD.

                          Plaintiff,

       - against -                                      **ECF CASE**

                                                07 Civ. 8617 (CSH)

FREEPORT MARINE S.A.,

                          Defendant.
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff ORAM TANKER LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

Dated: October 4, 2007

                                          LYONS & FLOOD, LLP
                                          Attorneys for Plaintiff
                                          ORAM TANKER LTD.

                     By: _____*Kirk M. Lyons*_____
                              Kirk M. Lyons (KL-1568)
                              65 West 36th Street, 7th Floor
                              New York, New York 10018
                              (212) 594-2400