LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
ORAM TANKER LTD.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORAM TANKER LTD.,                                    ECF CASE

               Plaintiff,                         07 Civ. 08617 (CSH)

- against -

FREEPORT MARINE S.A.,

               Defendant.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendants, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: October 17, 2007

                                      Respectfully submitted,

                                      LYONS & FLOOD, LLP
                                      Attorneys for plaintiff

               By: _____
                    Jon Werner (JW-5000)
                    65 West 36th Street, 7th Floor
                    New York, New York 10018
                    (212) 594-2400

U:\kmbldocs\2652003\Pleadings\Notice of Voluntary Dismissal.doc

10/18/07
SO ORDERED:

_____
U.S.D.J.